IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 21 CR 005 WMC |
| DOUGLAS MACK, EMILY MACK, D'ANGELO LASHORE, and TONIA GREENWOOD, | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846 |
| Defendants. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

1. From on or about November 3, 2018, to on or about January 27, 2021, in the Western District of Wisconsin and elsewhere, the defendants,

DOUGLAS MACK, EMILY MACK, D'ANGELO LASHORE,
and TONIA GREENWOOD,

knowingly and intentionally conspired with each other, and with others known and unknown to the grand jury, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. With respect to defendant DOUGLAS MACK, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

3. With respect to defendant EMILY MACK, the amount involved in the

conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, was 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

(All in violation of Title 21, United States Code, Section 846).

## COUNT 2

On or about June 10, 2019, in the Western District of Wisconsin, the defendant,

DOUGLAS MACK,

knowingly and intentionally attempted to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 3

On or about June 10, 2019, in the Western District of Wisconsin, the defendant,

EMILY MACK,

knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 4

On or about July 25, 2019, in the Western District of Wisconsin, the defendant,

D'ANGELO LASHORE,

knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 5

On or about January 9, 2020, in the Western District of Wisconsin, the defendant,

EMILY MACK,

knowingly and intentionally attempted to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 6

On or about May 26, 2020, in the Western District of Wisconsin, the defendant,

TONIA GREENWOOD,

knowingly and intentionally attempted to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 7

On or about May 26, 2020, in the Western District of Wisconsin, the defendant,

TONIA GREENWOOD,

knowingly and intentionally attempted to possess with intent to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 8

On or about May 26, 2020, in the Western District of Wisconsin, the defendant,

DOUGLAS MACK,

knowingly and intentionally attempted to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 9

On or about May 26, 2020, in the Western District of Wisconsin, the defendant,

DOUGLAS MACK,

knowingly and intentionally attempted to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 10

On or about June 22, 2020, in the Western District of Wisconsin, the defendant,

DOUGLAS MACK,

knowingly and intentionally attempted to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 11

On or about July 15, 2020, in the Western District of Wisconsin, the defendant,

DOUGLAS MACK,

knowingly and intentionally attempted to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 01/27/2021

_____
SCOTT C. BLADER
United States Attorney